THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY JAKUBOWICZ, Appellant, against ARTHUR C. MILLER et al., Respondents.

Submitted October 2, 1950; decided October 5, 1950.

*George W. Herz* for motion.

No one opposed.

Motion to dismiss appeal granted and appeal dismissed upon the ground that no substantial constitutional question is involved.